No. 4800.—CARRIÓN, tercerista-aplte., *v.* QUIÑONES ET AL., demandantes-apldos., y MALDONADO, ETC., demandada.—■ C. D. San Juan. Dic. 11, 1928.

Vista la moción que antecede sobre desestimación de la presente apelación, fundada única y exclusivamente en que dicha apelación es frívola y académica, no habiendo llegado todavía la transcripción de autos, ni por tanto empezado a correr el período para presentación del alegato del apelante, y no apareciendo claramente de la certificación acompañada a la moción que la apelación sea enteramente frívola o académica, como alega la parte apelada, no ha lugar por ahora a la desestimación solicitada.